445 A.2d 241

Commonwealth v. Eaton, Appellant.

Submitted February 10, 1982. John L. Doherty, for appellant; Richard A. Hernan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, CIRILLO and POPOVICH, JJ.

Order affirmed.